UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DENNIS EDDINS,

                Plaintiff,

-against-

ELIOT SPITZER, State Attorney General, the
State of New York,

                Defendant.
----------------------------------------------------------X

JUDGMENT
05-CV- 0068 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR 1 – 2006

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on February 28, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated January 31, 2006, without *de novo* review of the record; and dismissing the case pursuant to Fed. R. Civ. P. 4(m) for plaintiff Dennis Eddins's failure to effect service upon defendant; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the case is dismissed pursuant to Fed. R. Civ. P. 4(m) for plaintiff Dennis Eddins's failure to effect service upon defendant.

Dated: Brooklyn, New York
        February 28, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court